UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-20118-CIV-JORDAN/TORRES

MARIA VITA and
DONALDO P. RIVERA,

        Plaintiffs,

vs.

THE CITY OF MIAMI, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Stipulation of Dismissal With Prejudice filed by Plaintiffs Maria Vita and Donaldo Rivera, and Defendant City of Miami. Upon due consideration, having reviewed the pertinent portions of the record noting the agreement of the parties, and the Court having otherwise being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Stipulation is GRANTED as follows:

1. All claims that were raised or that could have been raised by Plaintiffs against Defendant are hereby DISMISSED WITH PREJUDICE; and

2. The parties shall bear their own attorneys' fee and costs incurred in connection with this lawsuit.

DONE AND ORDERED in chambers at Miami, Miami-Dade County, Florida, this 20th day of March, 2008.

                                            _____
                                            DISTRICT COURT JUDGE

Copies furnished to:
Christopher A. Green, Esq.
Gregorio Dickson, Esq.